IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID ZAVESKY, #219937, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>CHARLES HADLEY, *et al.,* )<br>)<br>Respondents. ) | CASE NO. 2:03-cv-223-F<br>(WO) |

**ORDER**

On July 7, 2005 (Doc. 57), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is adopted and that the petition for habeas corpus relief is denied and this case is dismissed with prejudice.

Done this the 22nd day of August, 2005.

                                        /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE